

FEB - 8 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. SA CR 97-72-JVS |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143 (a)] |
| vs. | |
| ROBERTO CARLOS RIVERA, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central Dist. CA_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143 (a),

The Court finds that:

A. ( ✓ ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on • Unknown Community Ties • Unknown Bail Resources.

1 • UNDOCUMENTED IMMIGRATION STATUS
2 • MULTIPLE PERSONAL IDENTIFIERS ; PRIOR BONCS WARR.
3 and/or
4 B.   ( )   The defendant has not met his/her burden of establishing by clear and
5 convincing evidence that he/she is not likely to pose a danger to the safety of any
6 other person or the community if released under 18 U.S.C. § 3142 (b) or (c). This
7 finding is based on: _____
8 _____
9 _____
10 _____.

12     IT THEREFORE IS ORDERED that the defendant be detained pending the
13 further revocation proceedings.

15 DATED: 2/8/10

18 DAVID T. BRISTOW
19 UNITED STATES MAGISTRATE JUDGE